# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____%, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❒ other:

_____.

This action was *(check one)*:

❒ tried by a jury with _____ residing, and the jury has rendered a verdict.

❒ tried by _____ without a jury and the above decision was reached.

❒ decided by _____ on a motion for



Date: _____        *CLERK OF COURT*

                                    _____
                                    *Signature of Clerk or Deputy Clerk*